Prattico v Titan Ins. & Empl. Benefits Agency, LLC (2024 NY Slip Op 02460)

Prattico v Titan Ins. & Empl. Benefits Agency, LLC

2024 NY Slip Op 02460

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

342 CA 23-00276

[*1]FAUSTO PRATTICO, PLAINTIFF-RESPONDENT-APPELLANT,
v
TITAN INSURANCE AND EMPLOYEE BENEFITS AGENCY, LLC, MICHAEL GUROWSKI, TAMMY GUROWSKI, MARISSA BENETT AND US RETIREMENT PARTNERS, DEFENDANTS-APPELLANTS-RESPONDENTS. 

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (MICHAEL P. SULLIVAN OF COUNSEL), FOR DEFENDANTS-APPELLANTS-RESPONDENTS. 
BARCLAY DAMON LLP, BUFFALO (DAVID M. FULVIO OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT. 

 Appeal and cross-appeal from an order of the Supreme Court, Monroe County (Debra A. Martin, A.J.), entered February 8, 2023. The order denied the motion of defendants to dismiss the amended complaint and denied the cross-motion of plaintiff seeking, inter alia, an award of attorney's fees and costs. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court